Prob 19 (10/99)

# United States District Court
## for the
## Southern District of New York

U.S.A. vs Allen, David                                   Docket No.05-CR-0834-CM

TO: ¹Any United States Marshal or any other authorized officer.

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. | | | |
| NAME OF SUBJECT  Allen, David | SEX  Male | RACE  Black Non-hispanic | AGE  26 |
| ADDRESS(STREET, CITY, STATE)  2409 Nadine Street, , Pocono Summit, PA, 18466. | | | |
| SENTENCE IMPOSED BY (NAME OF COURT)  U.S. District Court in the Southern District of New York. | | DATE IMPOSED  May 10, 2006 | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)  U.S. District Court in the Southern District of New York. Honorable Colleen McMahon, U.S. District Judge | | | |
| CLERK  J. MICHAEL McMAHON | (BY) DEPUTY CLERK | DATE  FEB 26 2009 | |

| RETURN | | |
|---|---|---|
| Warrant received and executed | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| NAME | (BY) | DATE |

---

¹Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the <district name>;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

(Rev. eVOP 12/06/07)